[No. 5075.]
[No. 2642 C. A.]

KIRKWOOD, AS ADMINISTRATOR OF THE ESTATE OF MC-MAHON, v. PALMER.

**Courts—Appeals—Statutes.**

Under §3, p. 109 of the Session Laws of 1891, an appeal lies to the district court from a judgment of the county court in an action concerning property alleged to belong to the estate of a decedent and wrongfully withheld.—P. 350.

*Appeal from the District Court of Summit County.*
*Hon. Frank W. Owers, Judge.*

Action by Thomas Kirkwood, administrator, against Isaac C. Palmer. From a judgment of the district court dismissing an appeal from the county court, and from a judgment for defendant, plaintiff appeals.                *Reversed.*

Mr. JAMES GLYNN, for appellant.

Mr. JUSTICE BAILEY delivered the opinion of the court:

Appellant, who was plaintiff below, became involved in litigation in the county court concerning certain property alleged to belong to the estate and said to be wrongfully withheld by defendant.

In the county court judgment went against appellant and he appealed to the district court. After the appeal was taken defendant moved, "to dismiss this case because it was improperly appealed." This

motion was sustained, the action dismissed and plaintiff prosecutes this appeal.

There is nothing in the motion nor in the court proceedings to show wherein the case was improperly appealed.

Section 3, p. 109 of the Session Laws of 1891, in-force at the time this appeal was taken, provides for appeals to the district court in such cases, and an inspection of the record as reproduced in the abstract shows that the statutory provisions concerning appeals was complied with. Consequently, we conclude that the appeal was not improperly taken.

Therefore, the judgment will be reversed and the cause remanded to the district court for further proceedings.

*Reversed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE GODDARD concur.